IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ALINBLOT LAMOUR,

      Appellant,

v.

Case No. 5D22-1415
LT Case No. 2003-CF-015271-C-O

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed October 25, 2022

3.850 Appeal from the Circuit Court
for Orange County,
Patricia Strowbridge, Judge.

Alinblot Lamour, Crestview, pro se.

Ashley Moody, Attorney General,
Tallahassee, and L. Charlene
Matthews, Assistant Attorney
General, Daytona Beach, for Appellee.

PER CURIAM.

    AFFIRMED.

COHEN, SASSO and TRAVER, JJ., concur.